# In The United States Court of Federal Claims

No. 99-537V

(Filed: July 8, 2008)

_____

BRUCE THOMAS SAVIN,
a minor, by his mother and natural
guardian, LAURA SAVIN,

                Petitioner(s),

   v.

SECRETARY OF HEATH AND HUMAN
SERVICES,

                Respondent.

_____

**ORDER**

_____

Oral argument will be held in this case on Thursday, August 28, 2008, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge